FILED

01/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0568

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0568

IN THE MATTER OF

R.K.,

A Youth in Need of Care.

## ORDER

Upon consideration of Appellant's Motion to Supplement the Record on Appeal and For Extension of Time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's combined motion is GRANTED. A supplemental record shall be certified and transmitted to the Clerk of the Supreme Court, which consists of the complete District Court file from the First Judicial District Court of Lewis & Clark County, Cause Number BDN 2021-108, *In re L.D.*

IT IS FURTHER ORDERED that the Appellant is granted 30 days from the date that notification that the supplemented record, including the District Court file from *In re L.D.*, has been filed with the Clerk of the Supreme Court to file the opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2023